UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HARRY CONSTABLE, | Case No.: 1:25-cv-00591-KES-EGC (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO STATE A CLAIM, FAILURE TO COMPLY, AND FAILURE TO PROSECUTE; AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |
| | Doc. 23 |

Plaintiff Edward Harry Constable is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. section 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 6, 2026, the assigned magistrate judge issued findings and recommendations, recommending this action be dismissed, without prejudice, for failure to state a claim upon which relief can be granted, failure to obey court orders, and failure to prosecute. Doc. 23. The Court informed Constable that any objections were due within 14 days, and the failure to file objections may result in the waiver of rights on appeal. *See id.* at 12-3 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Constable did not file objections, and the time to do so expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the entire matter, the Court concludes that the findings and

recommendations are supported by the record and proper analysis.  The Court ORDERS:

1.   The findings and recommendations issued on May 6, 2026 (Doc. 23) are ADOPTED in full.

2.   This action is DISMISSED without prejudice for a failure to state a claim, failure to obey court orders, and failure to prosecute.

3.   The Clerk of Court is directed to terminate any pending matters and close this case.

DATE: May 29, 2026

_____
UNITED STATES DISTRICT JUDGE